An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES JOSEPH MAKI,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 67717

**FILED**

JUL 2 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is a pro se appeal from an order of the district court denying appellant Charles Joseph Maki's petition for a writ of mandamus or prohibition.[1]  Second Judicial District Court, Washoe County; Lidia Stiglich, Judge.

In his petition, Maki challenged his judgment of conviction. We have reviewed the documents on file with this court and conclude that the district court did not abuse its discretion by denying Maki's request for intervention by way of extraordinary writ because a challenge to the validity of the judgment of conviction must be raised in a post-conviction petition for a writ of habeas corpus.  *See* NRS 34.160; NRS 34.320; NRS 34.724(2)(b); *Reno Newspapers, Inc. v. Haley*, 126 Nev., Adv. Op. 23, 234

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted.  *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22087

P.3d 922, 924 (2010) (providing that this court reviews the district court's denial of a writ petition for an abuse of discretion). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Lidia Stiglich, District Judge
       Charles Joseph Maki
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk